STATE of Missouri, Respondent,

v.

Carlos L. CHARLES, Appellant.

No. WD 44864.

Missouri Court of Appeals,
Western District.

Submitted May 5, 1992.

Decided July 21, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 1, 1992.

Application to Transfer Denied
Oct. 27, 1992.

J. Bryan Allee, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J. and
KENNEDY and SMART, JJ.

## ORDER

PER CURIAM.

Carlos Charles appeals from a conviction for one count of first-degree burglary, one count of first-degree robbery, one count of first degree tampering, and three counts of armed criminal action on each underlying felony. Charles was sentenced to 5 years imprisonment for burglary, 11 years for robbery, 4 years for tampering, and 5, 15, and 5 years for armed criminal action. The sentences were ordered to run concurrently.

Judgment affirmed.